FILED
U.S. District Court
District of Kansas

OCT 16 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Isaias Perez
3630 N 63Rd St
Kansas City, ks 66104
(Enter above the full name of the Plaintiff(s))

vs.

Case Number  2:23-cv-02465-JAR-ADM

Wyandotte County unified government
Name
701 N 7th St
Street and number
Kansas City, KS 66101
City        State        ZipCode

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff  Isaias Perez
     Address  3630 N 63Rd St Kansas City, ks 66104

1

B.  (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

☑ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III.   Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments.  If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Due Process of loss of Property. October 21, 2022 was found not guilty on criminal case. Personal Property was Sold at auction.

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

_____

_____

_____

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☐   No ☑

VI.   Do you claim actual damages for the acts alleged in your complaint? Yes ☑   No ☐

VII.   Do you claim punitive monetary damages? Yes ☑   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$2,000,000. In 2011 in the state of Texas the ASPCA put a price of $15,000 for a brood cock. In 2015 in the state of Oregon also set a price of $15,000 per brood cock in federal court.

_____

_____

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☑

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

No legal representation found.

_____

_____

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Isaias Perez
Name (Print or Type)

3630 N 63rd St Kansas City, KS 66104
Address

<u>Kansas City, KS 66104</u>
City     State     Zip Code

<u>913-850-9448</u>
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☑ Kansas City, or ☐ Topeka } , Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or ☐ No }
(Select One)

_____
Signature of Plaintiff

Dated: <u>10-16-2023</u>
(Rev. 10/15)