IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ISAIAS PEREZ,

    Plaintiff,

    v.

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY/KANSAS CITY, KANSAS,

    Defendant.

Case No. 23-2465-JAR-ADM

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on October 24, 2023 (Doc. 5), which recommends that Plaintiff's motion to proceed *in forma pauperis* be denied and that he be required to pay the filing fee within fourteen days of an order adopting the report. Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Angel D. Mitchell, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own. Plaintiff paid the required filing fee on November 1, 2023, so Judge Mitchell's further recommendation that this case be dismissed without prejudice if he does not pay the filing fee is hereby moot.

**IT IS THEREFORE ORDERED BY THE COURT** that Judge Mitchell's October 24, 2023 Report and Recommendation (Doc. 5) is **adopted** as the Court's own, and Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 3) is **denied**.

**IT IS SO ORDERED.**

Dated: December 13, 2023

                                                S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                UNITED STATES DISTRICT JUDGE